# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

*FILED*

*FEB 2 1 2008*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA,

V.

CR 08    0095

JUAN CARLOS BARAJAS-IBARRA

*CRB*

DEFENDANT(S).

## INDICTMENT

A true bill.

_INDICT_

_____
Foreman

Filed in open court this ___2 1___ day of ___FEBRUARY___
2008.

**Brenda Tolbert**
Clerk
**MARIA-ELENA JAMES**

Bail, $ _____

__NO BAIL ARREST WARRANT__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

Title 8 U.S.C., Section 1326 - Illegal Reentry by
an Alien After Deportation (Class C Felony)      ☐ Petty
                                                 ☐ Minor
                                                 ☐ Misde-
                                                    meanor
                                                 ☑ Felony

*Ending*

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

— PROCEEDING —
Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State
  Court, give name of court

☐ this person/proceeding is transferred from another
  district per (circle one) FRCrP 20, 21 or 40. Show
  District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on          **SHOW**
  motion of:                       **DOCKET NO.**
  ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a
  pending case involving this same
  defendant                        **MAGISTRATE**
☐ prior proceedings or appearance(s)  **CASE NO.**
  before U.S. Magistrate regarding
  this defendant were recorded under

Name and Office of Person
Furnishing Information on      **JOSEPH P. RUSSONIELLO**
THIS FORM
              ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    ALBERT B. SAMBAT

— Name of District Court, and/or Judge/Magistrate Location —
NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S. —

JUAN CARLOS BARAJAS-IBARRA

DISTRICT COURT NUMBER

CR 08 0095

— DEFENDANT —

IS *NOT* IN CUSTODY                               **CRB**
  Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
     was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

*FILED*

*RICHARD W. WIEKING*
*CLERK, U.S. DIST.*
*NORTHERN DISTRICT OF CALIFORNIA*
*2008*

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other     } ☐ Fed'l ☐ State
     charges
     If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    }  If "Yes"
been filed?     ☐ No         give date
                             filed

DATE OF  ▶              Month/Day/Year
ARREST

  Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶     Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                    or warrant needed, since Magistrate has scheduled arraignment

                                      Date/Time:

                                      Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8  E-filing            UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        )    No. CR  08        0095
13        Plaintiff,                 )    VIOLATION: 8 U.S.C. § 1326 – Illegal
                                     )    Reentry Following Deportation
14   v.                             )
                                     )
15  JUAN CARLOS BARAJAS-IBARRA,      )    SAN FRANCISCO VENUE          CRB
                                     )
16        Defendant.                 )
                                     )
17  _____)
18
19                          I N D I C T M E N T
20  The Grand Jury charges:
21        On or about May 3, 2004 and March 2, 1999, the defendant,
22                  JUAN CARLOS BARAJAS-IBARRA,
23  an alien, was excluded, deported and removed from the United States, and thereafter, on or about
24  January 8, 2008, was found in the Northern District of California, the Attorney General of the
25  United States and the Secretary of Homeland Security not having expressly consented to a
26  //
27  //
28  //

   INDICTMENT



1   re-application by the defendant for admission into the United States, in violation of Title 8, United

2   States Code, Section 1326.

3

4   DATED:                                    A TRUE BILL.

5       $2-21-08$

6                                             FOREPERSON

7
    JOSEPH P. RUSSONIELLO
8   United States Attorney

9

10
    GREGG W. LOWDER
11  Chief, Major Crimes Division

12
    (Approved as to form:
13                  SAUSA SAMBAT                    )

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    INDICTMENT