JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CSBN 236472)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
albert.sambat2@usdoj.gov

Attorneys for Plaintiff

**FILED**
FEB 29 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN CARLOS BARAJAS-IBARRA, <br><br> Defendant. | CR No. CR 08-0095 CRB <br><br> [PROPOSED ORDER] PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

To the Honorable Maria-Elena James, United States Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Juan Carlos Barajas-Ibarra. The prisoner is required

//

//

1 | to appear in the above-referenced matter March 14, 2008. His place of custody and jailor are set
2 | forth in the following writ.
3 |
4 | DATED: February 22, 2008                    Respectfully submitted,
5 |                                              JOSEPH P. RUSSONIELLO
                                                 United States Attorney
6 |
7 |
                                                 /s/ Albert B. Sambat
8 |                                              ALBERT B. SAMBAT
                                                 Special Assistant United States Attorney
9 |
10 | IT IS SO ORDERED.
11 | DATED: 2-29-08
12 |
                                                 HONORABLE MARIA-ELENA JAMES
13 |                                              United States Magistrate Judge

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM, CR 08-0095 CRB                                                    2

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 |   |
| 3 | To: Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 4 | authorized deputies; and Warden Robert L. Ayers, Sheriffs, or Records Processing of San |
| 5 | Quentin State Prison, San Quentin, CA: |
| 6 | **GREETINGS** |
| 7 | The prisoner, Juan Carlos Barajas-Ibarra, CDC# F96687, is in custody at San Quentin |
| 8 | State Prison, San Quentin, CA 94964. He is required to appear as soon as possible before the |
| 9 | Duty Magistrate on an Indictment, CR 08-0095 CRB, now pending against him in the United |
| 10 | States District Court for the Northern District of California, 450 Golden Gate Avenue, San |
| 11 | Francisco, California 94102. |
| 12 | Accordingly, WE COMMAND that you produce the prisoner before the Duty Magistrate |
| 13 | of the Northern District of California on March 14, 2008. You shall produce the prisoner at all |
| 14 | times necessary until the termination of the proceedings in this Court. Immediately thereafter, |
| 15 | you shall return the prisoner to the above-referenced institution, or abide by whatever further |
| 16 | order the Court may make concerning his custody. |
| 17 | WITNESS the Honorable Maria-Elena James, United States Magistrate Judge of the |
| 18 | United States District Court for the Northern District of California. |

DATED: 2-29-08

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRENDA TOLBERT
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM, CR 08-0095 CRB                                3