| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | ALBERT B. SAMBAT (CABN 236472)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California  94102 |
| 7 | Telephone: (415) 436-7129<br>Facsimile: (415) 436-7234 |
| 8 | E-Mail: albert.sambat2@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　v.<br>JUAN CARLOS BARAJAS-IBARRA<br>　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Criminal No. CR 08-0095 CRB<br><br>[~~PROPOSED~~] **ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 14, 2008 TO MARCH 25, 2008** |

　　　　The parties appeared before the Honorable Joseph C. Spero on March 14, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

　　　　1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 14, 2008 to March 25, 2008, in light of the need for the defendant's counsel to review discovery.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[~~PROPOSED~~[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 14, 2008 to March 25, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 14, 2008 to March 25, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 3/14/08

/s/
STEVEN G. KALAR
Counsel for Juan Carlos Barajas-Ibarra

DATED: 3/14/08

/s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 14, 2008



THE HONORABLE
United States
Judge Joseph C. Spero

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB                              2