JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: albert.sambat2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0095 CRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **[PROPOSED] ORDER AND** |
| v. | ) | **STIPULATION EXCLUDING TIME** |
| | ) | **FROM MARCH 25, 2008 TO MARCH** |
| JUAN CARLOS BARAJAS-IBARRA | ) | **31, 2008** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The parties appeared before the Honorable Joseph C. Spero on March 25, 2008.

With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 25, 2008 to March 31, 2008.  Failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 08-0095 CRB**

excluding the period from March 25, 2008 to March 31, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from March 25, 2008 to March 31, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


    IT IS SO STIPULATED.

DATED: 3/25/08                          _____/s/_____
                                        STEVEN G. KALAR
                                        Counsel for Juan Carlos Barajas-Ibarra


DATED: 3/25/08                          _____/s/_____
                                        ALBERT B. SAMBAT
                                        Special Assistant United States Attorney


    IT IS SO ORDERED.

DATED:_____                   _____
                                        THE HON. JOSEPH C. SPERO
                                        United States Magistrate Judge

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 08-0095 CRB**                       2