1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: albert.sambat2@usdoj.gov

9  Attorneys for Plaintiff

10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN FRANCISCO DIVISION
13

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0095 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER AND |
| v. | ) | STIPULATION EXCLUDING TIME |
| | ) | FROM MARCH 25, 2008 TO MARCH |
| JUAN CARLOS BARAJAS-IBARRA | ) | 31, 2008 |
| Defendant. | ) | |
| | ) | |

     The parties appeared before the Honorable Joseph C. Spero on March 25, 2008.
With the agreement of counsel for both parties, the Court found and held as follows:
     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
3161(b), from March 25, 2008 to March 31, 2008.  Failure to grant the requested continuance
would unreasonably deny defendant reasonable time necessary for effective preparation and
continuity of counsel, taking into account the exercise of due diligence.
     2. Given these circumstances, the Court found that the ends of justice served by

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB

excluding the period from March 25, 2008 to March 31, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 25, 2008 to March 31, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: 3/25/08

                              /s/
                        STEVEN G. KALAR
                        Counsel for Juan Carlos Barajas-Ibarra

DATED: 3/25/08

                              /s/
                        ALBERT B. SAMBAT
                        Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED: March 26, 2008



THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB                  2