1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney

5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: albert.sambat2@usdoj.gov

9  Attorneys for Plaintiff

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0095 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 31, 2008 TO APRIL 8, 2008** |
| v. | ) | |
| JUAN CARLOS BARAJAS-IBARRA | ) | |
| Defendant. | ) | |

    The parties appeared before the Honorable Joseph C. Spero on March 31, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 31, 2008 to April 8, 2008. Failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. Given these circumstances, the Court found that the ends of justice served by

**[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB**

excluding the period from March 31, 2008 to April 8, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 31, 2008 to April 8, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 3/31/08

/s/
MARIA J. FONSECA
Counsel for Juan Carlos Barajas-Ibarra

DATED: 3/31/08

/s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 04/03/08

THE HONORABLE
United States Magistrate Judge

[Judge Joseph C. Spero seal]

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB                    2