JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: albert.sambat2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0095 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AND |
| v. | ) | STIPULATION EXCLUDING TIME |
| | ) | FROM MARCH 31, 2008 TO APRIL 8, 2008 |
| JUAN CARLOS BARAJAS-IBARRA | ) | |
| Defendant. | ) | |
| | ) | |

The parties appeared before the Honorable Joseph C. Spero on March 31, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 31, 2008 to April 8, 2008. Failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB

excluding the period from March 31, 2008 to April 8, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 31, 2008 to April 8, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: 3/31/08

/s/
MARIA J. FONSECA
Counsel for Juan Carlos Barajas-Ibarra

DATED: 3/31/08

/s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED: April 14, 2008

THE HON. JOSEPH C. SPERO
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB    2