1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-6660
   Facsimile: (415) 436-6687
8  E-Mail: albert.sambat@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,           )   Criminal No. CR 08-0095 CRB
                                        )
15        Plaintiff,                    )
                                        )   [PROPOSED] ORDER AND
16        v.                            )   STIPULATION EXCLUDING TIME
                                        )   FROM APRIL 8, 2008 TO MAY 21, 2008
17  JUAN CARLOS BARAJAS-IBARRA          )
                                        )
18        Defendant.                    )
                                        )
19  _____)

20

21        The parties appeared before the Honorable James Larson on April 8, 2008.

22  With the agreement of counsel for both parties, the Court found and held as follows:

23        1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24  3161(b), from April 8, 2008 to May 21, 2008.  Failure to grant the requested continuance would

25  unreasonably deny defendant reasonable time necessary for effective preparation, taking into

26  account the exercise of due diligence.  In addition, the exclusion of time is appropriate to allow

27  time for the Court to consider a proposed fast track plea agreement.

28
    **[PROPOSED[ ORDER AND
    STIPULATION EXCLUDING TIME
    CR 08-0095 CRB**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 8, 2008 to May 21, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 8, 2008 to May 21, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A); 3161(h)(8)(B)(iv), and 3161(h)(1)(I).

IT IS SO STIPULATED.

DATED: 4/8/08

/s/
MARIA J. FONSECA
Counsel for Juan Carlos Barajas-Ibarra

DATED: 4/8/08

/s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 22, 2008

THE HON. JAMES LARSON
Chief United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB                         2