IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00095 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| JUAN CARLOS BARAJAS-IBARRA, | |
| Defendant.                                        / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing in this matter currently on calendar for May 21, 2008 to **Wednesday, June 4, 2008 at 10:00 a.m.** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: May 19, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Barbara Espinoza
Courtroom Deputy