```
1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN STRETCH (CABN 163973)
3   Chief, Criminal Division

4   ALBERT B. SAMBAT (CABN 236472)
    Special Assistant United States Attorney
5

6   450 Golden Gate Avenue
    San Francisco, California  94102
7   Telephone: (415) 436-6660
    Facsimile: (415) 436-6687
8   E-Mail: albert.sambat@usdoj.gov

9   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0095 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER AND** |
| v. | ) | **STIPULATION EXCLUDING TIME** |
| | ) | **FROM JUNE 4, 2008 TO JUNE 11, 2008** |
| JUAN CARLOS BARAJAS-IBARRA | ) | |
| Defendant. | ) | |

The defendant Juan Carlos Barajas-Ibarra is charged with illegal re-entry in the above-captioned matter. The matter was scheduled for a change of plea/summary sentencing on June 4, 2008. Counsel for the government was informed by defense counsel just prior to the change of plea hearing that she needed additional time for effective preparation before she could recommend that her client accept the government's proposed fast-track plea offer. The parties agreed to continue the change of plea to Wednesday, June 11, 2008 at 2:15 p.m.

//

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 08-0095 CRB**

The parties agree to the following and the Court holds as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 4, 2008 to June 11, 2008. Failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. Therefore, for good cause shown, the Court finds that the ends of justice served by excluding the period from June 4, 2008 to June 11, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court orders the June 4, 2008 change of plea hearing be vacated and that the matter shall be added to the Court's calendar on Wednesday, June 11, 2008 for a status hearing or change of plea. The Court also orders that the period from June 4, 2008 to June 11, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

DATED: 6/4/08                                /s/
                                             MARIA J. FONSECA
                                             Counsel for Juan Carlos Barajas-Ibarra

DATED: 6/4/08                                /s/
                                             ALBERT B. SAMBAT
                                             Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____                        _____
                                             THE HON. CHARLES R. BREYER
                                             United States District Judge

**[PROPOSED] ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 08-0095 CRB**                    2