1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney

5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-6660
   Facsimile: (415) 436-6687
8  E-Mail: albert.sambat@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0095 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 11, 2008 TO JUNE 18, 2008** |
| v. | ) | |
| JUAN CARLOS BARAJAS-IBARRA | ) | |
| Defendant. | ) | |

The defendant Juan Carlos Barajas-Ibarra is charged with illegal re-entry in the above-captioned matter. The parties appeared before this Court for a change of plea/summary sentencing on June 11, 2008. The Court continued the change of plea to Wednesday, June 11, 2008 at 10 a.m. to allow the defendant additional time to consider his plea.

The parties agree to the following and the Court holds as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 11, 2008 to June 18, 2008. Failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB**

1  account the exercise of due diligence.

2      2. Therefore, for good cause shown, the Court finds that the ends of justice served by excluding the period from June 11, 2008 to June 18, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court orders that the period from June 11, 2008 to June 18, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv).

    IT IS SO STIPULATED.

DATED: 6/11/08                                             /s/
                                                          MARIA J. FONSECA
                                                          Counsel for Juan Carlos Barajas-Ibarra

DATED: 6/11/08                                             /s/
                                                          ALBERT B. SAMBAT
                                                          Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED:_____                                 
                                                      THE HON. CHARLES R. BREYER
                                                      United States District Judge