JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6660
    Facsimile: (415) 436-6687
    E-Mail: albert.sambat@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0095 CRB |
|     Plaintiff, | ) | |
| | ) | |
| | ) | **[PROPOSED] ORDER AND** |
|   v. | ) | **STIPULATION EXCLUDING TIME** |
| | ) | **FROM JUNE 11, 2008 TO JUNE 18, 2008** |
| JUAN CARLOS BARAJAS-IBARRA | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| _____ | ) | |

      The defendant Juan Carlos Barajas-Ibarra is charged with illegal re-entry in the above-captioned matter.  The parties appeared before this Court for a change of plea/summary sentencing on June 11, 2008.  The Court continued the change of plea to Wednesday, June 11, 2008 at 10 a.m. to allow the defendant additional time to consider his plea.

      The parties agree to the following and the Court holds as follows:

      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 11, 2008 to June 18, 2008.  Failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB

account the exercise of due diligence.

    2.  Therefore, for good cause shown, the Court finds that the ends of justice served by excluding the period from June 11, 2008 to June 18, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3.  Accordingly, and with the consent of the defendant, the Court orders that the period from June 11, 2008 to June 18, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv).


    IT IS SO STIPULATED.

DATED: 6/11/08                    _____/s/_____
                                  MARIA J. FONSECA
                                  Counsel for Juan Carlos Barajas-Ibarra


DATED: 6/11/08                    _____/s/_____
                                  ALBERT B. SAMBAT
                                  Special Assistant United States Attorney


    IT IS SO ORDERED.

DATED:_ June 12, 2008 __          _____
                                  THE HON. CHARLES R. BREYER
                                  United States District Judge



**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB**                    2