| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: **June 11, 2008**

Reporter: **Raynee Mercado**

| | |
|---|---|
| **Case No:** CR-08-0095-CRB | **DEFT:** JUAN CARLOS BARAJAS-IBARRA <br> (X)Present |

AUSA: Al Sambat           DEF ATTY: Maria Fonseca
Interpreter: _____
USPO: _____

**REASON FOR HEARING**   Change of Plea/Sentencing

**RESULT**  Matter continued

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** June 18, 2008 @ 10:00 a.m.   **for** Change of Plea/Sentencing

**JUDGMENT** _____

Notes:  defendant remanded to custdoy