| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: **June 18, 2008**

Reporter**: Sylvia Russo**

| | |
|---|---|
| **Case No: CR-08-0095-CRB** | **DEFT:** JUAN CARLOS BARAJAS-IBARRA <br> (X)Present |
| AUSA: Al Sambat <br> Interpreter: _____ <br> USPO: _____ | DEF ATTY: Maria Fonseca |

**REASON FOR HEARING**  Change of Plea/Sentencing

**RESULT**  Matter continued. Time excluded from 6/18/2008 to 7/02/2008 - government to prepare order.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** July 02, 2008 @ 2:15 p.m.   **for** Change of Plea/Sentencing

**JUDGMENT** _____

Notes: defendant remanded to custody