**MARIA J. FONSECA    SBN 101682**
**LAW OFFICES OF MARIA J. FONSECA**
**702 MARSHALL STREET, SUITE 511**
**REDWOOD CITY, CALIFORNIA 94063**
**TELEPHONE: 650-367-7727**
**FACSMILE:    650-367-7729**

Attorney for:  Juan Carlos Barajas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALLIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br> JUAN CARLOS BARAJAS-IBARRA,<br><br>                Defendant. | CRIMINAL NO. CR.08-0095 CRB<br><br>**[PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE OF HEARING DATE** |

   The parties appeared before the Honorable Charles R. Breyer on June 18, 2008, for change of plea. The matter was continued to July 2, 2008, at 2:15 p.m.  However, counsel for defendant later discovered that she had a conflict on that date.  After checking with the Judge Breyer's clerk for other possible dates, and with the Assistant United States Attorney Albert Sambat for his availability and consent, it was agreed by both parties that the matter scheduled for July 2, 2008, could be continued to July 9, 2008, at 2:15 p.m. in Judge Breyer's court.  It was also agreed that once this stipulation is filed with the Court, the Assistant United States Attorney will prepare a Proposed Order and Stipulation Excluding Time.

///

[PROPOSED]ORDER AND STIPULATION

TO CONTINUE HEARING DATE

IT IS SO STIPULATED.

DATED: 6/20/2008                              /s/
                                              MARIA J. FONSECA
                                              Counsel for Juan Carlos Barajas-Ibarra


DATED: 6/20/2008                              /s/
                                              ALBERT B. SAMBAT
                                              Special Assistant United States Attorney


IT IS SO ORDERED.

DATED:_____                         _____
                                              THE HON. CHARLES R. BREYER
                                              United States District Court Judge

[PROPOSED] ORDER AND STIPULATION

TO CONTINUE HEARING DATE