JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-Mail: albert.sambat@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> JUAN CARLOS BARAJAS-IBARRA <br><br>     Defendant. | Criminal No. CR 08-0095 CRB <br><br> **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 9, 2008 TO AUGUST 20, 2008** |

    The defendant Juan Carlos Barajas-Ibarra is charged with illegal re-entry in the above-captioned matter. The parties appeared before this Court for a change of plea on July 9, 2008. The Court continued the change of plea to Wednesday, August 20, 2008 at 2:15 p.m. to allow the defendant additional time to consider his plea application. The parties then stipulated to continue the matter to August 20, 2008 at 2:15 p.m. to accommodate defense counsel's schedule.

//

//

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB**

The parties agree to the following and the Court holds as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 9, 2008 to August 20, 2008. Failure to grant the requested continuance would unreasonably deny defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. Therefore, for good cause shown, the Court finds that the ends of justice served by excluding the period from July 9, 2008 to August 20, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period from July 9, 2008 to August 20, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

DATED: 7/9/08            /s/
                         MARIA J. FONSECA
                         Counsel for Juan Carlos Barajas-Ibarra

DATED: 7/9/08            /s/
                         ALBERT B. SAMBAT
                         Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____
                         THE HON. CHARLES R. BREYER
                         United States District Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0095 CRB                    2