| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **July 09, 2008**

Reporter**: Connie Kuhl**

| | |
|---|---|
| **Case No: CR-08-0095-CRB** | **DEFT:**   JUAN CARLOS BARAJAS-IBARRA<br>(X)Present |
| AUSA:  Al Sambat<br>Interpreter: _____<br>USPO: _____ | DEF ATTY:  Maria Fonseca |

**REASON FOR HEARING**   Change of Plea/Sentencing

**RESULT**   Matter continued.  Time excluded from 7/09/2008 to 8/20/2008 for effective preparation of counsel.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** August 20, 2008 @ 2:15 p.m.  **for** Change of Plea

**JUDGMENT** _____

Notes:   Defendant remanded to custody