JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

LARA M. KROOP (CABN 239512)
Lara.Kroop2@usdoj.gov
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7129
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JUAN CARLOS BARAJAS-IBARRA, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 08-0095 CRB <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

     PLEASE TAKE NOTICE that the United States, through Lara M. Kroop, Special Assistant United States Attorney, hereby appears in this matter in substitution of Albert B. Sambat.

DATED: July 22, 2008          Respectfully submitted,

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney


                             _____/s/_____
                             LARA M. KROOP
                             Special Assistant United States Attorney

CR 08-0095 CRB
NOTICE OF SUBSTITUTION OF COUNSEL