| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: <u>**August 20, 2008**</u>

Reporter**:** **Margo Gurule**

| | |
|---|---|
| **Case No:** <u>CR-08-0095-CRB</u> | **DEFT:** <u>JUAN CARLOS BARAJAS-IBARRA</u><br>(X)Present |
| AUSA: <u>Al Sambat</u> | DEF ATTY: <u>Maria Fonseca</u> |
| Interpreter: <u>       </u> | |
| USPO: <u>Joshua Sparks for A Searles</u> | |

**REASON FOR HEARING** <u>Change of Plea/Sentencing</u>

**RESULT** <u>Matter continued. Probation officer to prepare a recommendation by 9/3/2008.</u>

Motions (if any) to be filed <u>          </u>
Motions to be noticed to be heard no later than <u>          </u> otherwise, they will be deemed to be waived.

**Case Continued to** <u>September 10, 2008 @ 10:00 a.m.</u>  **for** <u>Change of Plea/Sentencing</u>

**JUDGMENT** <u>                              </u>

Notes: <u>defendant remanded to custody</u>